## Coleman, Duane L.

| | |
|---|---|
| **From:** | Coleman, Duane L. |
| **Sent:** | Tuesday, April 05, 2016 1:21 PM |
| **To:** | 'rhutchison@smithcashion.com' |
| **Cc:** | jbradshaw@wyattfirm.com; Goerisch, C. David; 'gcashion@smithcashion.com' |
| **Subject:** | RE: Johnson Marcraft, Inc. v. Western Surety Company |
| **Attachments:** | SLDOCS01-#2150683-v1-Johnson_Marcraft__Alexander_Mechanical__First_Interrogatories_to_Western_Surety.DOCX; SLDOCS01-#2150723-v1-Johnson_Marcraft__Alexander_Mechanical__First_Set_of_Document_Requests_to_Western_Surety.DOCX |

Ross:

In response to the voice mail message you left with my assistant this morning, attached are our discovery requests in Word format.

Sincerely,

LEWIS RICE Duane L. Coleman
dcoleman@lewisrice.com
600 Washington Avenue
Suite 2500
St. Louis, Missouri 63101-1311
314.444.7632 (direct)
314.241.6056 (fax)
www.lewisrice.com


**From:** Coleman, Duane L.
**Sent:** Friday, March 25, 2016 1:49 PM
**To:** 'gcashion@smithcashion.com' <gcashion@smithcashion.com>; 'rhutchison@smithcashion.com' <rhutchison@smithcashion.com>
**Cc:** jbradshaw@wyattfirm.com; Goerisch, C. David <dgoerisch@lewisrice.com>
**Subject:** Johnson Marcraft, Inc. v. Western Surety Company

Gentlemen:

Attached please find service copies of the following discovery requests in connection with the above-referenced matter:

1. Plaintiff's First Request for Production of Documents to Defendant; and
2. Plaintiff's First Set of Interrogatories to Defendant.

As reflected by the certificates of service, hard copies are also being mailed to you today.

Please contact me should you have any questions. Thank you.

LEWIS RICE Duane L. Coleman
dcoleman@lewisrice.com

**Exhibit 2**

1