Goerisch, C. David
───────────────────────────────────────────

**From:** Ross Hutchison <RHutchison@smithcashion.com>
**Sent:** Friday, April 29, 2016 1:47 PM
**To:** Goerisch, C. David; Greg Cashion
**Cc:** 'jbradshaw@wyattfirm.com'
**Subject:** RE: Johnson Marcraft, Inc. v. Western Surety Company - Rule 26(a)(1)(A) Initial Disclosures of Plaintiff Johnson Marcraft, Inc.

All:

I had intended to be able to get Western's discovery responses out today but I am awaiting final approval from Western before distribution. Moreover, I am going ahead and getting the documents bates labeled to make things easier down the road.

I plan to have the responses out the first part of the upcoming week. I hope this is of no inconvenience. If you have any questions or concerns, please do feel free to contact me directly.

**J. Ross Hutchison**



231 Third Avenue North
Nashville, TN 37201
Direct (615) 742-8577
Facsimile (615) 742-8556
rhutchison@smithcashion.com

**NOTICE BY SMITH CASHION & ORR, PLC**

This message, as well as any attached document, contains information from the law firm of Smith Cashion & Orr, PLC that is confidential and/or privileged, or may contain attorney work product. The information is intended only for the use of the addressee named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. If you have received this message in error, please delete all electronic copies of this message and its attachments, if any, destroy any hard copies you may have created, without disclosing the contents, and notify the sender immediately. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege.

Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

Exhibit 3