DON L. SMITH
GREGORY L. CASHION
RICHARD M. SMITH
JEFFERSON C. ORR
KENNETH S. SCHRUPP
H. BRENT PATRICK
VIC L. McCONNELL†
S. JOE WELBORN††
JOSHUA K. CHESSER*††

LAW OFFICE
# SMITH CASHION & ORR, PLC

231 THIRD AVENUE NORTH
NASHVILLE, TENNESSEE 37201-1603

(615) 742-8555
FACSIMILE (615) 742-8556

(615) 742-8553
DIRECT DIAL NUMBER

rhutchison@smithcashion.com
EMAIL

J. ROSS HUTCHISON

† ALSO LICENSED IN KY
†† ALSO LICENSED IN LA
* ALSO LICENSED IN AL

OF COUNSEL
O. WADE NELSON

May 2, 2016

**VIA E-MAIL**:
dcoleman@lewisrice.com
dgoerisch@lewisrice.com
CONFIRMATION WITH EXHIBITS VIA FIRST CLASS MAIL
Duane L. Coleman
C. David Goerisch
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101

**VIA E-MAIL:** jbradshaw@wyattfirm.com
CONFIRMATION WITH EXHIBITS VIA FIRST CLASS MAIL
James C. Bradshaw III, #13170
2525 West End Avenue, Suite 1500
Nashville, Tennessee 37203-1423

  RE: *Johnson Marcraft, Inc. v. Western Surety Company*
     Case No. 3:15-1482

Counsel:

  Enclosed please find ***Defendant Western Surety Company's Response to Plaintiff's First Set of Interrogatories***. Please note, due to the size, Exhibits A, B and C will follow via First Class Mail.

  If you have any questions or comments, please do not hesitate to contact us.

        Very truly yours,

        SMITH CASHION & ORR, PLC

        By: *[signature]*
          J. Ross Hutchison

JRH:njc
Enclosures

Exhibit 4

335315.1