# Coleman, Duane L.

**From:** Ross Hutchison <RHutchison@smithcashion.com>
**Sent:** Monday, June 06, 2016 1:21 PM
**To:** Coleman, Duane L.; Goerisch, C. David
**Cc:** jbradshaw@wyattfirm.com; Greg Cashion
**Subject:** RE: Western Amended Discovery Responses

Mr. Coleman:

First, there is no need to include the resolved issues in the joint statement as those issues have been addressed and will not be subject of any dispute.

Second, we do not agree that it is appropriate to place your legal argument in a Joint Statement. Arguments would be more proper in your presumptive Motion to Compel.

We continue to hope that a Motion to Compel will be avoided, and have provided you appropriate responses and amended responses in good faith in hopes of avoiding such a dispute.

J. Ross Hutchison



231 Third Avenue North
Nashville, TN 37201
Direct (615) 742-8577
Facsimile (615) 742-8556
rhutchison@smithcashion.com

## NOTICE BY SMITH CASHION & ORR, PLC

This message, as well as any attached document, contains information from the law firm of Smith Cashion & Orr, PLC that is confidential and/or privileged, or may contain attorney work product. The information is intended only for the use of the addressee named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. If you have received this message in error, please delete all electronic copies of this message and its attachments, if any, destroy any hard copies you may have created, without disclosing the contents, and notify the sender immediately. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege.

Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

**From:** Coleman, Duane L. [mailto:dcoleman@lewisrice.com]
**Sent:** Monday, June 06, 2016 12:57 PM
**To:** Ross Hutchison; Goerisch, C. David
**Cc:** jbradshaw@wyattfirm.com; Greg Cashion
**Subject:** RE: Western Amended Discovery Responses

Exhibit 12

1

Mr. Hutchison:

The Amended Responses of Western Surety Company ("Western") do little to resolve the issues with Western's original responses to Plaintiff's interrogatories. Therefore, Plaintiff intends to move forward with a motion to compel.

Toward that end, attached is a revised version of the "Joint Statement of Matters at Issue in Discovery Dispute." As you will see, Western's position (now that it has finally taken one) is set forth in the revised Joint Statement based on the content of your trailing e-mail and/or Western's Amended Responses. To the extent you disagree or Western wishes to reconsider its position, please advise promptly, in writing. Thank you.

**Duane L. Coleman**
dcoleman@lewisrice.com
600 Washington Avenue
Suite 2500
St. Louis, Missouri 63101-1311
314.444.7632 (direct)
314.612.7632 (fax)
www.lewisrice.com

**From:** Ross Hutchison [mailto:RHutchison@smithcashion.com]
**Sent:** Wednesday, June 01, 2016 3:53 PM
**To:** Coleman, Duane L. <dcoleman@lewisrice.com>; Goerisch, C. David <dgoerisch@lewisrice.com>
**Cc:** jbradshaw@wyattfirm.com; Greg Cashion <GCashion@smithcashion.com>
**Subject:** Western Amended Discovery Responses

Gentlemen:

Attached please find the Amended Responses of Western Surety. A copy is also being sent via U.S. Mail.

In hopes of assisting you in your review of the amended responses and referencing the proposed Joint Statement:

No.1 has been addressed

No.2 has been addressed.

No.3 – Western maintains its position that it provided the documents as they have been kept in the usual course of business. It is Western's position that the records produced fall under 34(b)(2)(E)(i), and the amount of documents are not substantial or burdensome to review.

No.4. – Western has provided reference to Exhibit A as well as additional substantive remarks.

No.5 - Western has provided additional explanation for No.11 and No.16.

No.6. - Western has provided additional explanation.

No.7 - Western maintains its position that it provided the documents as they have been kept in the usual course of business. It is Western's position that the records produced fall under 34(b)(2)(E)(i), and the amount of documents are not substantial or burdensome to review.

RPDs

2

No.1 has been addressed.

No.2 has been addressed.

If you have any questions or concerns, please do not hesitate to contact me directly.

**J. Ross Hutchison**



231 Third Avenue North
Nashville, TN 37201
Direct (615) 742-8577
Facsimile (615) 742-8556
rhutchison@smithcashion.com

**NOTICE BY SMITH CASHION & ORR, PLC**

This message, as well as any attached document, contains information from the law firm of Smith Cashion & Orr, PLC that is confidential and/or privileged, or may contain attorney work product. The information is intended only for the use of the addressee named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. If you have received this message in error, please delete all electronic copies of this message and its attachments, if any, destroy any hard copies you may have created, without disclosing the contents, and notify the sender immediately. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege.

Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

---

This message, including attachments, is from the law firm of Lewis Rice LLC. This message contains information that may be confidential and protected by the attorney-client or attorney work product privileges. If you are not the intended recipient, promptly delete this message and notify the sender of the delivery error by return e-mail or call us at 314-444-7600. You may not forward, print, copy, distribute, or use the information in this message if you are not the intended recipient.