**Coleman, Duane L.**

| | |
|---|---|
| From: | Coleman, Duane L. |
| Sent: | Monday, June 06, 2016 1:42 PM |
| To: | 'Ross Hutchison'; Goerisch, C. David |
| Cc: | jbradshaw@wyattfirm.com; Greg Cashion |
| Subject: | RE: Western Amended Discovery Responses |

Mr. Hutchison:

Based on your e-mail below, we understand that Western is unwilling to change its position. Far from conducting itself in "good faith," Western continues be to evasive and engage in gamesmanship instead of simply answering the questions posed.

We have now exhausted efforts to resolve the discovery disputes with your office and further correspondence on this subject will serve no productive purpose. Thus, please refrain from any such further communications. Thank you.

**LEWISRICE** Duane L. Coleman
dcoleman@lewisrice.com
600 Washington Avenue
Suite 2500
St. Louis, Missouri 63101-1311
314.444.7632 (direct)
314.612.7632 (fax)
www.lewisrice.com

**From:** Ross Hutchison [mailto:RHutchison@smithcashion.com]
**Sent:** Monday, June 06, 2016 1:21 PM
**To:** Coleman, Duane L. <dcoleman@lewisrice.com>; Goerisch, C. David <dgoerisch@lewisrice.com>
**Cc:** jbradshaw@wyattfirm.com; Greg Cashion <GCashion@smithcashion.com>
**Subject:** RE: Western Amended Discovery Responses

Mr. Coleman:

First, there is no need to include the resolved issues in the joint statement as those issues have been addressed and will not be subject of any dispute.

Second, we do not agree that it is appropriate to place your legal argument in a Joint Statement. Arguments would be more proper in your presumptive Motion to Compel.

We continue to hope that a Motion to Compel will be avoided, and have provided you appropriate responses and amended responses in good faith in hopes of avoiding such a dispute.

J. Ross Hutchison



231 Third Avenue North
Nashville, TN 37201
Direct (615) 742-8577
Facsimile (615) 742-8556

1

Case 3:15-cv-01482   Document 43-13   Filed 06/30/16   Page 1 of 1 PageID #: 542

Exhibit 13